UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA
DES MOINES DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 18-02231-als7 |
| | ) | |
| STEVEN C KEYS & NORMA J KEYS, | ) | Chapter 7 |
| | ) | |
| | ) | |
| | ) | |
| Debtors. | ) | |

## APPEARANCE AND REQUEST FOR NOTICE

COMES NOW the undersigned attorney, C. Anthony Crnic, of the law firm of The Sayer Law Group, P.C., and hereby enters an appearance as attorney for THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank, N.A., as Trustee for Centex Home Equity Loan Trust 2005-A.

DATED: October  19 , 2018

Respectfully submitted,
THE SAYER LAW GROUP, P.C.

_____
C. Anthony Crnic
License/Bar Number: AT0009864
925 E. 4th St
Waterloo, IA 50703-3925
Telephone: 515-650-3003
Facsimile: 319-232-6341
tcrnic@sayerlaw.com
bankruptcy@sayerlaw.com
Attorneys for THE BANK OF NEW YORK
MELLON F/K/A THE BANK OF NEW YORK
as successor in interest to JP Morgan Chase
Bank, N.A., as Trustee for Centex Home Equity
Loan Trust 2005-A

## CERTIFICATE OF SERVICE

      I hereby certify that on October  19th , 2018, a true and correct copy of the foregoing *Appearance and Request For Notice* was served via electronic means, if available, otherwise by regular, first class mail to the following:

| | |
|---|---|
| Steven C Keys & Norma J Keys<br>210 S 9th St<br>Marshalltown, IA 50158<br>Debtor(s)<br><br>Chapter 7 Trustee<br>Donald F. Neiman<br>801 Grand Ave., Ste. 3700<br>Des Moines, IA 50309-8004 | Sean K Heitmann<br>26 South 1st Ave., Ste. 302<br>Marshalltown, IA 50158<br>Attorney for Debtor(s)<br><br>U.S. Trustee<br>Federal Bldg., Room 793<br>210 Walnut St.<br>Des Moines, IA 50309 |

      /s/ *Christine Sherwood*
      Christine Sherwood